WARDEN, NEVADA STATE PRISON, Appellant, *v.*
EDWARD CROSS, Respondent.

No. 9429

May 12, 1977 564 P.2d 186

[Rehearing denied June 8, 1977]

*Robert List,* Attorney General, and *Patrick J. Mullen,* Deputy Attorney General, Carson City; *George E. Holt,* District Attorney, and *H. Leon Simon,* Deputy District Attorney, Clark County, for Appellant.

*Horace R. Goff,* State Public Defender, and *J. Thomas Susich,* Deputy Public Defender, Carson City, for Respondent.

## OPINION

*Per Curiam:*

On the authority of, and for the same reasons stated in, Warden v. Owens, 93 Nev. 255, 563 P.2d 81 (1977), we, *sua sponte,* reverse the district court's order which granted respondent's petition for a writ of habeas corpus.